# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS GUAM
RECEIVED
15 APR 2005 14 00 01

UNITED STATES OF AMERICA
V.

DONNA M. CLAYBROOKS

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

③

Case Number: MG-05-00012-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Monday, April 18, 2005 at 1:30 p.m. |

To answer a(n)
☐ Indictment   X Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __21__ United States Code, Section(s) __844(a)__

Brief description of offense:

POSSESSION OF A CONTROLLED SUBSTANCE

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

April 14, 2005
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]　　　　　　　　Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-15-05
　　　　　　　Date

JOAQUIN L.G. SALAS
Name of United States Marshal

DUSM FRANKLIN J. TAITAGUE
(by) Deputy United States Marshal

Remarks: INDIVIDUAL WAS CONTACTED & INFORMED OF COURT HEARING.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.