# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
**DISTRICT COURT OF GUAM**
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| **TIARLEANE D. MONROE** | Case Number: MG-05-00012-002 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Monday, April 18, 2005 at 1:30 p.m.** |

To answer a(n)

Indictment ☐  Information **X**  Complaint ☐  Probation Violation Petition ☐  Supervised Release Violation Petition ☐  Violation Notice ☐

Charging you with a violation of Title **21** United States Code, Section(s) **844(a)**

Brief description of offense:

**POSSESSION OF A CONTROLLED SUBSTANCE**

**ORIGINAL**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 14, 2005**
Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] FRANKLIN J. TAITAGUE | 4-15-05 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: TUMON, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-15-05              JOAQUIN L.G. SALAS
             Date                 Name of United States Marshal

                                  SIDUSM FRANKLIN J. TAITAGUE
                                  (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.