


APR 19 2005

MARY L.M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>**DONNA M. CLAYBROOKS,**<br>Defendant. | **MAGISTRATE**<br>CRIMINAL CASE NO. **05-00012-001**<br><br>**O R D E R** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to April 14, 2005.

Dated this 18TH day of April, 2005.

**JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge**
**U.S. DISTRICT COURT OF GUAM**