FILED
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIARLEANE D. MONROE,<br><br>Defendant. | MAGISTRATE<br>CRIMINAL CASE NO. 05-00012-002<br><br>O R D E R |
|---|---|

IT IS HEREBY ORDERED that **CURTIS C. VAN DE VELD** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to April 15, 2005.

Dated this 18TH day of April, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM