JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DONNA CLAYBROOKS



**FILED**
DISTRICT COURT OF GUAM

MAY - 9 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 05-00012 |
| Plaintiff, | ) NOTICE OF INTENT TO CHANGE PLEA |
| vs. | ) AND REQUEST FOR HEARING; |
| | ) CERTIFICATE OF SERVICE |
| DONNA CLAYBROOKS, | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING

Defendant, Donna Claybrooks, by and through his attorney of record, Kim Savo, Assistant Federal Public Defender, hereby submits Notice of Intent to Change Plea From Not Guilty to Guilty.

Defendant further requests that a hearing on said Change of Plea be scheduled for a time and

date convenient to the court.

DATED: Mongmong, Guam, May 3, 2005.

KIM SAVO
Attorney for Defendant

IT IS SO ORDERED that defendant be permitted to change his plea from not guilty to guilty on Wednesday, May 11, 2005 at 10:00 am

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam


RECEIVED
MAY - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on May 3, 2005:

Joseph Tock
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


DATED: Mongmong, Guam, May 3, 2005.

*[signature]*

RENATE DOEHL
Legal Secretary to

KIM SAVO
Attorney for Defendant
DONNA CLAYBROOKS