UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DONNA MARIE CLAYBROOKS )<br>Defendant. )<br>_____ ) | USDC MG Cs. MJ-05-00012-001<br><br>INFORMATIONAL REPORT (16) |

On April 18, 2005, Donna Marie Claybrooks made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on a Information charging her with Possession of a Controlled Substance (Class A Misdemeanor), in violation of 21 U.S.C. §844(a). Ms. Claybrooks was granted pretrial release with conditions. On May 11, 2005, She pled guilty to the offense charged. Ms. Claybrooks is alleged to have violated the following condition:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On May 2, 2005 and May 10, 2005, the Donna Claybrooks tested presumptively positive for the use of marijuana. She denied use and the specimen was sent to Quest Diagnostics Laboratory for confirmation testing. Both specimens were confirmed positive for the use of marijuana. Ms. Claybrooks continues to assert that she has not used marijuana while on pretrial release.

On May 17, 2005, this officer contacted Quest Diagnostics Laboratory and spoke with certifying scientist Dr. Lou Jambor. He stated that the specimen taken on May 2, 2005 had a marijuana level of 101 ng/ml, and that the specimen taken on May 10, 2005 had a marijuana level of 34 ng/ml. After analyzing the data, Dr. Jambor indicated that the positive test results could be from drug use on April 17, 2005, which was prior to the defendant's initial appearance in the District Court and her release to pretrial supervision.

**Supervision Compliance:** This probation officer has no information that suggests that Donna Claybrooks has not complied with other conditions of pretrial release.

**Recommendation:** This report is informational in nature and the probation officer respectfully requests that no action be taken.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: FOR: Judy Ann L. Ocampo
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
Kim Salvo, Assistant Federal Public Defender
File