tiarleanemonroedism

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
JUN -1 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00012 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **INFORMATION AND ORDER** |
| DONNA M. CLAYBROOKS, and TIARLEANE D. MONROE, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, TIARLEANE D. MONROE, be dismissed with prejudice, for the reason that the ends of justice will be served.

Respectfully submitted this 31st day of May 2005.

        LEONARDO M. RAPADS
        United States Attorney
        Districts of Guam and NMI

By: _____
    JOSEPH TOCK
    Special Assistant U.S. Attorney

\* \* \* \* \* O R D E R \* \* \* \* \*

IT IS SO ORDERED this 1st day of June 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
MAY 31 2005
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM