1  DClaybrooks.APR
2  LEONARDO M. RAPADAS
   United States Attorney
3  JOSEPH TOCK
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00012-001 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| DONNA M. CLAYBROOKS, ) | |
| Defendant. ) | |

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 27th day of July, 2005.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and NMI

                            By:     /s/ JOSEPH TOCK
                                    JOSEPH TOCK
                                    Special Assistant U.S. Attorney



-1-

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on July 27, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in United States v. Donna M. Claybrooks, Magistrate Case No. 05-00012-001 to the following counsel:

Kim Savo
Assistant Federal Public Defender
First Hawaiian Bank Bldg., Suite 501
400 Route 8
Mongmong, Guam 96910

FAX: 472-7120

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney