AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA, | NOTICE |
|---|---|
| V. | |
| **DONNA M. CLAYBROOKS** | CASE NUMBER: MJ-05-00012 |

TYPE OF CASE:
☐ CIVIL     X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| SENTENCING | |

*FILED*
DISTRICT COURT OF GUAM
AUG - 5 2005
MARY L.M. MORAN
CLERK OF COURT

X **TAKE NOTICE** that the Motion to Dismiss hearing in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Wednesday, August 10, 2005 at 10:30 a.m | CONTINUED TO DATE AND TIME<br><br>Wednesday, August 10, 2005 at 9:00 a.m |
|---|---|---|

August 5, 2005
DATE

MARY L. M. MORAN
CLERK OF COURT

(BY) DEPUTY CLERK

TO:     U.S. Attorney
          Federal Public Defender
          U.S. Probation Office
          U.S. Marshal