# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DONNA MARIE CLAYBROOKS )<br>Defendant. )<br>_____ ) | USDC MG Cs. No. 05-00012-001<br><br>**INFORMATIONAL REPORT** |

On April 18, 2005, Donna Marie Claybrooks made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on a Information charging her with Possession of a Controlled Substance (Class A Misdemeanor), in violation of 21 U.S.C. §844(a). Ms. Claybrooks was granted pretrial release with conditions. On May 11, 2005, she pled guilty to the offense charged. Ms. Claybrooks is alleged to have violated the following condition:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On July 29, 2005, Donna Claybrooks tested presumptively positive for the use of marijuana. She denied use and the specimen was sent to Quest Diagnostics Laboratory for confirmation testing which confirmed the positive result for the use of marijuana. During a compliance meeting on August 5, 2005, Ms. Claybrooks verbally admitted to using marijuana previously that resulted in the July 29, 2005, positive drug test, as well as use on July 31, 2005.

**Supervision Compliance:** This probation officer has no information to suggest that Donna Claybrooks has not complied with other conditions of pretrial release.

**Recommendation:** This report is informational in nature. Ms. Claybrooks is scheduled to be sentenced on August 10, 2005, and conditions imposed on that date will address her drug use.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:
_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
 Kim Salvo, Assistant Federal Public Defender
 File

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

ORIGINAL