IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**
**SENTENCING**

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00012**  **DATE: 08/10/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:04:32 - 9:24:07

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DONNA M. CLAYBROOKS**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY : KIM SAVO**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK

AGENT:

U.S. PROBATION: MARIA CRUZ

U.S. MARSHAL: S. LUJAN

---

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
  COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE   ___ GOVERNMENT ___ DEFENSE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
  Base offense level:  4    Total offense level:    Criminal History Category: I

  **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested the Court to sentence the Defendant to a term of probation.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Government recommended a sentence of probation and that a fine be imposed. He

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

The parties and the Court adopted the presentence investigation report. Defense counsel requested the Court to impose the condition that Defendant not use excessive alcohol as opposed to any alcohol. Government counsel concurred and further stated that if Defendant violates a condition of her probation he would recommend revocation. The Court imposed sentence and admonished Defendant to comply with the conditions.

SENTENCE: MG-05-00012                                    DEFENDANT: DONNA M. CLAYBROOKS

( X )   DEFENDANT SENTENCED TO PROBATION FOR A TERM OF  <u>TWO YEARS.</u>

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

5. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL MAINTAIN EMPLOYMENT UNLESS ENROLLED FULL TIME IN A POST HIGH SCHOOL EDUCATION CURRICULUM.

7. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS AND TO TWO MORE URINALYSIS THEREAFTER.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A FINE OF $500 WHICH IS TO BE PAID DURING HER TERM OF PROBATION. DEFENDANT SHALL PAY A SPECIAL ASSESSMENT FEE OF $25.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HER APPEAL RIGHTS.