# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

        Plaintiff,

  vs.

Donna M. Claybrooks,

        Defendant.

Case No. 1:05-mj-00012

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Judgment, filed August 12, 2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *August 12, 2005* | *August 15, 2005* | *August 15, 2005* | *August 15, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment, filed August 12, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 16, 2005

        /s/ Marilyn B. Alcon
        Deputy Clerk