# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

| UNITED STATES OF AMERICA<br>V.<br><br>**DONNA MARIE CLAYBROOKS**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: MJ-05-00012-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**3rd FLOOR, U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE**<br>**HAGATNA, GUAM 96910** | Room<br>**COURTROOM** |
|---|---|
| | Date and Time<br>**Tuesday, December 6, 2005 at 9:45 a.m.** |
| Before: Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge | |

To answer a(n)
☐ **Superseding Indictment**  ☐ Information  ☐ Complaint  **X** Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __3565__

Brief description of offense:

**SEE ATTACHED PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

**FILED**
DISTRICT COURT OF GUAM
DEC - 1 2005
MARY L.M. MORAN
CLERK OF COURT

LEILANI R. TOVES HERNANDEZ, DEPUTY CLERK
Name and Title of Issuing Officer

Signature of Issuing Officer

November 30, 2005
Date

ORIGINAL

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 12/1/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. District Court D/Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___12/1/05___
             Date

J. Salas
Name of United States Marshal

Q.C.
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.