
FILED
DISTRICT COURT OF GUAM
DEC - 6 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DONNA MARIE CLAYBROOKS,<br>Defendant. | MAGISTRATE CASE NO. 05-00012-001<br><br>SUPPLEMENTAL DECLARATION IN<br>SUPPORT OF PETITION |

I, John W. San Nicolas II, am assisting U.S. Probation Officer Grace D. Flores in supervising the Court ordered conditions of probation for Donna Marie Claybrooks, and in that capacity declare as follows:

On August 10, 2005, Donna M. Claybrooks was sentenced in the District Court of Guam to two years probation for the offense of Possession of Controlled Substance, in violation of 21 U.S.C.§844(a). A petition to modify conditions was filed on November 29, 2005. A summons was issued by the Court with a hearing set for December 6, 2005 at 9:45 a.m. Ms. Claybrooks is alleged to have violated the following additional condition of supervision:

**Violation #1, Mandatory Condition:** *The defendant shall refrain from any unlawful use of a controlled substance.* On November 14, 2005, Donna Claybrooks tested presumptive positive for use of marijuana at the drug testing vendor. The sample was sent to Scientific Testing Laboratories for confirmation testing because she denied use. On November 21, 2005, this Officer received the laboratory report which indicated a positive result for marijuana for the November 14, 2005 urinalysis. On November 26, 2005, she executed an admission form, admitting to using "MJ" on November 12, 2005.

**Recommendation:** This Probation Officer respectfully requests that the Court incorporate this information with the violation report previously submitted to the Court on November 5, 2005.

Executed this _____ day of December 2005, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Supplemental Declaration in Support of Petition
Re: CLAYBROOKS, Donna Marie
USDC MJ Cs. No. 05-00012-001
December 5, 2005
Page 2

      I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Joseph Tock, SAUSA
     Federal Public Defender
     File