DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2005
**MARY L.M. MORAN**
CLERK OF COURT

**CASE NO. MJ-05-00012**          **DATE: December 6, 2005**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 10:05:11 - 10:30:37          CSO: N. Edrosa

********************APPEARANCES*************************

**DEFT:** DONNA MARIE CLAYBROOKS          **ATTY:** ALEX MADABER
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID          **AGENT:**

**U.S. PROBATION:** ROBERT CARREON          **U.S. MARSHAL:** V. ROMAN

**PROCEEDINGS:**          **- INITIAL APPEARANCE**
     **- ORDER TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( X ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: Defendant was not prepared to admit to the first allegation; however, admitted to the remaining three allegations in the Report.

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION

( X ) PROBATION CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) **NOTES:**

The Court appointed the Federal Public Defender to represent the defendant. Defense requested that the recommendation for an additional 100 hours of community service be reduced to 50 hours. Government strongly opposed. The Court Denied the reduction of community service.
The Court Ordered the modification of probation conditions and admonished the defendant to adhere to her conditions.

# CRIMINAL MINUTES
# VIOLATION OF PROBATION

**DEFENDANT'S TERM OF PROBATION IS MODIFIED AS FOLLOWS:**

1. Defendant shall perform 100 hours of community service.

2. Defendant shall refrain from the use of alcohol.

3. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the U.S. Probation Office.

Courtroom Deputy: ___

