FILED
DISTRICT COURT OF GUAM

DEC - 8 2005 ↱P

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **MAGISTRATE** CASE NO. **05-00012** |
| Plaintiff, | |
| vs. | |
| | **APPOINTMENT ORDER** |
| **DONNA MARIE CLAYBROOKS,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* November 30, 2005.

Dated this 8th day of December, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

ORIGINAL