# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>    vs.<br><br>Donna Marie Claybrooks,<br><br>            Defendant. | Case No. 1:05-mj-00012-001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Appointment Order filed December 8, 2005,*** on the dates indicated below:

*U.S. Attorney's Office*                   *Federal Public Defender*
*December 8, 2005*                      *December 9, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order filed December 8, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 9, 2005                /s/ Marilyn B. Alcon
                                      Deputy Clerk