# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  vs.<br><br>Donna M. Claybrooks,<br><br>   Defendant. | Case No. 1:05-mj-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of *the Amended Judgment filed on 12/15/2005, and the Notice of Entry dated 12/15/2005* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| 12/16/2005 | 12/16/2005 | 12/19/2005(Amended Judgment Only) | 12/16/2005(Amended Judgment Only) |

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Judgment filed on 12/15/2005, and the Notice of Entry dated 12/15/2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 19, 2005          /s/ Rosita P. San Nicolas
                        Chief Deputy Clerk