

FILED
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

## Report for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearings is Attached)

| | | | |
|---|---|---|---|
| Name of Offender | **Donna Marie Claybrooks** | Case Number: | **MJ 05-00012-001** |

Name of Sentencing Judicial Officer:   Joaquin V. E. Manibusan Jr.

Date of Original Sentence:   August 10, 2005

Original Offense:   Possession of a Controlled Substance, in violation of Title 21, United States Code Section 844(a).

Original Sentence:   Two years probation with the following conditions: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from excessive use of alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol and make co-payment for the program at a rate to be determined by the U.S. Probation Office; maintain employment unless enrolled full time in a post high school education curriculum; and pay a $25 special assessment fee and $500 fine. On December 6, 2005 conditions were modified to include 100 hours of community service, refrain from the use of alcohol, and submit to substance abuse testing not to exceed eight tests per month.

Type of Supervision:   Probation       Date Supervision Commenced:   August 10, 2005

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follow

1.   The defendant shall participate in the home detention component of the home confinement program for a period of three months, and abide by all the requirements of the program which will include electronic monitoring. The defendant is to pay all or part of the costs of the program based on her ability to pay as determined by the probation officer. The defendant is to be restricted to her residence at all times except for employment; education; religious service; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On February 21, 2006, Donna Marie Claybrooks tested presumptively positive for the use of marijuana. She denied use and the specimen was sent to the laboratory for confirmation testing. On March 8, 2006, Scientific Testing Laboratories confirmed the specimen was positive for the use of marijuana. During a compliance meeting held on March 10, 2006, she admitted to the drug use, was counseled, and returned to phase one of the substance abuse treatment program.

On August 10, 2005, Ms. Claybrooks satisfied the $25 special assessment fee and the $500 fine. She is employed and attending school on a part-time basis.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of probation, pursuant to 18 U.S.C. § 3563(c), to include that Ms. Claybrooks serve a three month term of home detention for illicit drug use. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Claybrooks's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 3/21/06

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: March 20, 2006

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a: ☐ Summons   ☐ Warrant

RECEIVED
MAR 21 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer

3/22/2006
Date

PROB 49
(3/89)

# United States District Court

for

District of Guam

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in the home detention component of the home confinement program for a period of three months, and abide by all the requirements of the program which will include electronic monitoring. The defendant is to pay all or part of the costs of the program based on her ability to pay as determined by the probation officer. The defendant is to be restricted to her residence at all times except for employment; education; religious service; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

Witness: Grace D. Flores
U.S. Probation Officer

Signed: Donna M. Claybrooks
Probationer or Supervised Releasee

Date: 03/15/06