≈PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

## District of Guam

US Attorney's Office
Districts of Guam & NMI

MAY 24 2006
0:30 am
receiving name _____
e keyed in Dbase _____
____ into Dbase by: _____

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | **Donna Marie Claybrooks** | Case Number: | **MJ 05-00012-001** |

Name of Sentencing Judicial        Joaquin V. E. Manibusan Jr.

Date of Original Sentence: August 10, 2005

Original Offense: Possession of a Controlled Substance, in violation of Title 21, United States Code Section 844(a).

Original Sentence: Two years probation with the following conditions: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from excessive use of alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol and make co-payment for the program at a rate to be determined by the U.S. Probation Office; maintain employment unless enrolled full time in a post high school education curriculum; and pay a $25 special assessment fee and $500 fine. On December 6, 2005 conditions were modified to include 100 hours of community service, refrain from the use of alcohol, and submit to substance abuse testing not to exceed eight tests per month, as directed by the U.S. Probation Office. On March 22, 2006, conditions were modified to include participation in the home detention component of the home confinement program for a period of three months, and abide by all the requirements of the program which will include electronic monitoring, pay all or part of the costs of the program based on her ability to pay as determined by the probation officer.

| | | | |
|---|---|---|---|
| Type of | Probation | Date Supervision | August 10, 2005 |
| Assistant U.S. | Joseph Tock, SAUSA | Defense Attorney: | Federal Public Defender |

**FILED**

PETITIONING THE COURT

DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Use of a controlled substance on May 4, 2006 |
| 2. | Failure to participate in substance abuse treatment. |

**ORIGINAL**

Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*Please see attached Declaration in Support of Petition written by
U.S. Probation Officer Grace D. Flores.*

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 5/23/06

Reviewed by:

_____
JOSEPH TOCK
Special Assistant U.S. Attorney
Date: 5/26/06

I declare under penalty of perjury that the foregoing is true and correct.

_____
GRACE D. FLORES
U.S. Probation Officer

Executed on: May 23, 2006

THE COURT ORDERS:

[ ] No action.
[ ] The issuance of a warrant.
[X] The issuance of a summons.
[ ] Other

_____
Signature of Judicial Officer

June 1, 2006
Date

RECEIVED
JUN - 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:05-mj-00012  Document 39  Filed 06/01/2006  Page 2 of 6

# VIOLATION WORKSHEET

1. Defendant **Donna Marie Claybrooks**
2. Docket Number (Year-Sequence-Defendant No.) **MJ 05-00012-001**
3. District/Office **0993/1**
4. Original Sentence Date **08** / **10** / **05**
                 month   day   year

(If different than above):

5. Original District/Office
6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Use of a controlled substance. | C |
| • Failure to participate in substance abuse treatment. | C |

8. Most Serious Grade of Violation (see §7B1.1(b))    **C**
9. Criminal History Category (see §7B1.4(a))    **I**
10. Range of Imprisonment (see §7B1.4(a))    **3 - 9 months**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002.

Case 1:05-mj-00012   Document 39   Filed 06/01/2006   Page 3 of 6

Defendant: __Donna Marie Claybrooks__

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | 3 months |
    | Other | 100 hours CS | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: __0__ to __1__ years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: _____

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    None.

15. **Official Detention Adjustment** (see §7B1.3(e)):  __0__ months  __0__ days

Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002.

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00012-001 |
| Plaintiff, | ) | |
| | ) | |
| | )  | DECLARATION IN SUPPORT OF PETITION |
| vs. | ) | |
| | ) | |
| DONNA MARIE CLAYBROOKS, | ) | |
| Defendant. | ) | |
| | ) | |

I, Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court ordered conditions of probation for Donna Marie Claybrooks, and in that capacity declare as follows:

On August 10, 2005, Donna M. Claybrooks was sentenced in the District Court of Guam to two years probation for the offense of Possession of a Controlled Substance , in violation of 21 U.S.C.§844(a). Ms. Claybrooks is alleged to have violated the following conditions of probation:

**Violation #1, Mandatory Condition:** *The defendant shall refrain from any unlawful use of a controlled substance.* On May 4, 2006, Donna Claybrooks tested presumptive positive for use of marijuana. She denied use and the specimen was sent to Scientific Testing Laboratory for confirmation testing. The specimen was confirmed positive for Marijuana on May 12, 2006.

Additionally, Ms. Claybrooks has provided five urine samples on January 16, 2006, and March 13, 17, 29, 31, 2006, which the laboratory was unable to perform confirmation testing due to diluted urine samples. On January 26, 2006, this Officer met with Ms. Claybrooks to discuss the January 16, 2006 diluted urinalyses sample. This Officer instructed Ms. Claybrooks not to consume more than two glasses of water the hour prior to reporting for drug testing. She was advised that any future diluted specimens would be considered willful. However, Ms. Claybrooks submitted four additional diluted urine samples.

**Violation #2, Special Condition:** *The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.* On April 5, 2006, Ms. Claybrooks failed to show for her scheduled substance abuse counseling.

Declaration in Support of Petition
Re: CLAYBROOKS, Donna Marie
USDC MJ Cs. No. 05-00012-001
May 23, 2006
Page 2

**Supervision Compliance:** Ms. Claybrooks has paid her $25 special assessment fee on August 11, 2005, and her $500 fine on August 19, 2005. She is employed and attending school.

**Recommendation:** This Officer respectfully requests that the Court issue a Summons for Donna Marie Claybrooks to appear for a hearing to answer or show cause why her term of probation should not be modified or revoked pursuant to 18 U.S.C. § 3565.

Executed this 23rd day of May 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Joseph Tock, SAUSA
Alex Modaber, AFPD
File