AO83 (Rev. 10/03) Summons in a Criminal Case

# FILED

**DISTRICT COURT OF GUAM**
**JUN - 5 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**DONNA MARIE CLAYBROOKS**

SUMMONS IN A CRIMINAL CASE

Case Number: MJ-05-00012-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Thursday, June 8, 2006 at 10:00 a.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  **X** Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 3565 _____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PROBATION CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**June 1, 2006**
Date

AO 83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date 6/5/2006 |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/5/2006
Date

*J. Solas*
Name of United States Marshal

*V. Roma*
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.