DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
JUN -8 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00012**          **DATE: 06/08/2006**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded - RUN TIME: 10:02:54 - 10:25:57    CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DONNA MARIE CLAYBROOKS**      **ATTY: JAMES MCHUGH**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS      AGENT:

U.S. PROBATION: GRACE FLORES      U.S. MARSHAL: V. ROMAN

**PROCEEDINGS:**    - INITIAL APPEARANCE
                      - ORDER TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED

( ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____
( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION
( X ) PROBATION REVOKED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____

( X ) NOTES:

The Court appointed the Federal Public Defender to represent the defendant.

Defense requested the Court to consider a lengthy term of home confinement. He further requested the Court to consider weekend confinement if a term of imprisonment is imposed. Government counsel recommended 3 months imprisonment and 3 months home confinement to follow. Probation concurred.

The Court revoked defendant's probation and imposed a sentence of 3 months imprisonment and a 1 year term of supervised release to follow (See judgment). Defense counsel requested a two-week self-surrender date. No objection. The Court ordered the defendant to self-surrender to the U.S. Marshal Service Office by 12 noon on June 23, 2006.

The Court stated the justification for the sentence imposed.