

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>**DONNA MARIE CLAYBROOKS,**<br><br>        Defendant. | MAGISTRATE CASE NO. 05-00012-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to June 1, 2006.

Dated this 8th day of June, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**