UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM


DISTRICT COURT OF GUAM

SEP - 1 2006

MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DONNA M. CLAYBROOKS<br>Defendant. | MAGISTRATE CASE NO. 05-00012-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Grace D. Flores, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 30th day of August 2006.

GRACE D. FLORES
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Grace D. Flores, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Donna M. Claybrooks.

Dated this 1st day of September 2006.

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

RECEIVED
AUG 31 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL