PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

**Report on Offender Under Supervision**

FILED
DISTRICT COURT OF GUAM
JAN 29 2007 pbo
MARY L.M. MORAN
CLERK OF COURT

Name of Offender: **Donna Marie Claybrooks**　　　Case Number: **MJ 05-00012-001**

Name of Sentencing Judicial Officer:　Joaquin V. E. Manibusan Jr.

Date of Original Sentence:　August 10, 2005

Original Offense:　Possession of a Controlled Substance, in violation of Title 21, United States Code Section 844(a).

Original Sentence:　Two years probation with the following conditions: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from excessive use of alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol and make co-payment for the program at a rate to be determined by the U.S. Probation Office; maintain employment unless enrolled full time in a post high school education curriculum; and pay a $25 special assessment fee and $500 fine. On **December 6, 2005 conditions were modified** to include 100 hours of community service, refrain from the use of alcohol, and submit to substance abuse testing not to exceed eight tests per month, as directed by the U.S. Probation Office. **On March 22, 2006 conditions were modified** to include participation in the home detention component of the home confinement program for a period of three months, and abide by all the requirements of the program which will include electronic monitoring, pay all or part of the costs of the program based on her ability to pay as determined by the probation officer. **Probation was revoked on June 8, 2006** and client sentenced to three months imprisonment. Following imprisonment client to serve a one year term of supervised release with the following conditions: refrain from the use of alcohol; participate in a program approved for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection fo substance use or abuse; maintain gainful employment; and perform 150 hours of community service at a minimum of eight hours weekly.

Type of Supervision:　Supervised release　　　Date Supervision Commenced: September 18, 2006

## NONCOMPLIANCE SUMMARY

Violation Number　　Nature of Noncompliance

1.　Unlawful use of a controlled substance in violation of 18 U.S.C.§3583(d).

On January 8, 2007, Ms. Claybrooks tested presumptively positive for the use of marijuana. She denied use and the specimen was sent to Scientific Testing Laboratory for confirmation testing. The specimen was confirmed positive for the use of marijuana on January 18, 2007. On January 17, 2007, Ms. Claybrooks reported to the U.S. Probation Office, and informed the undersigned officer that she used marijuana over the holidays.

Ms. Claybrooks is participating in substance abuse testing and treatment program under the direction of the Probation Office, and has been returned to phase one, day one of the program. Ms. Claybrooks will continue to be monitored, and any further violations will be reported to the Court.

Ms. Claybrooks paid the $25 special assessment fee on August 11, 2005. She paid the $500 fine on August 19, 2005. She satisfied the 150 hours of community service on October 27, 2006. She is employed on a part-time basis as a data entry clerk.

This report is for informational purposes only, and it is respectfully recommended that no action be taken.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: JAN. 26, 2007

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: January 25, 2007

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision.

☐ Submit a Request for Warrant or Summons.

☒ Other   No action.

RECEIVED
JAN 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

1/29/07
Date