PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

**Report on Offender Under Supervision**

Name of Offender: **Donna Marie Claybrooks**  Case Number: **MJ 05-00012-001**

Name of Sentencing Judicial Officer:   Joaquin V. E. Manibusan Jr.

Date of Original Sentence:   August 10, 2005

Original Offense:   Possession of a Controlled Substance, in violation of Title 21, United States Code Section 844(a).

Original Sentence:   Two years probation with the following conditions: comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; refrain from excessive use of alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol and make co-payment for the program at a rate to be determined by the U.S. Probation Office; maintain employment unless enrolled full time in a post high school education curriculum; and pay a $25 special assessment fee and $500 fine. On **December 6, 2005 conditions were modified** to include 100 hours of community service, refrain from the use of alcohol, and submit to substance abuse testing not to exceed eight tests per month, as directed by the U.S. Probation Office. **On March 22, 2006 conditions were modified** to include participation in the home detention component of the home confinement program for a period of three months, and abide by all the requirements of the program to include electronic monitoring, pay all or part of the costs of the program based on her ability to pay as determined by the probation officer. **Probation was revoked on June 8, 2006** and client sentenced to three months imprisonment. Following imprisonment client ordered to serve a one year term of supervised release with the following conditions: refrain from the use of alcohol; participate in a program approved for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection fo substance use or abuse; maintain gainful employment; and perform 150 hours of community service at a minimum of eight hours weekly. On **January 29, 2006, an Informational violation report was filed** with the Court due to drug use.

Type of Supervision:   Supervised release     Date Supervision Commenced:  September 18, 2006

---

**NONCOMPLIANCE SUMMARY**

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

    1.        Unlawful use of a controlled substance in violation of 18 U.S.C.§3583(d).

On March 8, 2007, Donna Claybrooks tested presumptive positive for use of marijuana. She denied use and the specimen was sent to Scientific Testing Laboratory for confirmation testing. The specimen was confirmed positive for marijuana. On March 21, 2007 and August 23, 2007, Donna Claybrooks tested presumptive positive for use of marijuana. She signed an admission of drug use form indicating that she used "MJ" on March 20, 2007 and August 20, 2007.

Additionally, Ms. Claybrooks has provided three urine samples on May 8, and 25, 2007, and June 5, 2007, which the laboratory was unable to perform confirmation testing due to diluted urine samples. On March 5, and May 21, 2007, Ms. Claybrooks provided samples that the laboratory indicated were invalid. As a result of the violations, Ms. Claybrooks was returned to phase one, day one of the program of the drug testing and treatment program.

Ms. Claybrooks is currently a full time college student. Ms. Claybrooks paid the $25 special assessment fee on August 11, 2005 and she paid the $500 fine on August 19, 2005. On October 27, 2006, she satisfied the 150 hours of community service ordered.

This report is for informational purposes only, and it is respectfully recommended that no action be taken. Ms. Claybrooks' term of supervised release is scheduled to expire on September 17, 2007. The undersigned believes the Probation Office has done what it could to assist Ms. Claybrooks in her rehabilitation efforts, while providing guidance, and support to include working with her family members to address her issues. In addition, most sanctions, short of a second revocation term has been imposed. This request is made in the interest of justice as Ms. Claybrooks original offense is a class A misdemeanor. Any future violations Ms. Claybrooks commits should more appropriately result in a new criminal charge.

| Reviewed by: | Respectfully submitted, |
|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | by: /s/ GRACE D. FLORES<br>U.S. Probation Officer |
| Date:   September 5, 2007 | Date:   September 5, 2007 |

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐   Submit a Request for Modifying the Condition of Term of Supervision.

☐   Submit a Request for Warrant or Summons.

☐   Other   No action.